Submitted on record and briefs March 3, reversed and remanded April 30, 1997

JAMES A. CHEEVER,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent of Oregon State Penitentiary,
*Respondent.*

(96C-12121; CA A94055)

938 P2d 246

Harrison Latto filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Christine Chute, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *Jones v. Armenakis,* 144 Or App 23, 925 P2d 130 (1996), *recons allowed* 146 Or App 198, 932 P2d 99 (1997); *Meadows v. Schiedler,* 143 Or App 213, 924 P2d 314 (1996).